**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JUSTIN SPIEHS, | ) | |
| | ) | **Case No.: 24-4016-JAR-BGS** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE LAWRENCE CITY | ) | |
| COMMISSION et al. | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT LAWRENCE CITY COMMISSION'S ANSWER TO AMENDED**
**COMPLAINT**

COMES NOW incorrectly denominated Defendant, the Lawrence City Commission, by

and through counsel, and in accordance with Fed. R. Civ. P. 8, submits the following Answer to

Plaintiff's Amended Complaint, and allege as follows:

**JURISDICTION AND VENUE**

1.      The allegations contained in paragraph 1 of Plaintiff's Amended Complaint

constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the

extent a response is required, Defendant is without sufficient information or knowledge to either

admit or deny the allegations contained in paragraph 1 of Plaintiff's Amended Complaint and thus,

denies the same.

2.      The allegations contained in paragraph 2 of Plaintiff's Amended Complaint

constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the

extent a response is required, Defendant is without sufficient information or knowledge to either

admit or deny the allegations contained in paragraph 2 of Plaintiff's Amended Complaint and thus,

denies the same.

3.    The allegations contained in paragraph 3 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 3 of Plaintiff's Amended Complaint and thus, denies the same.

## THE PARTIES

4.    Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 4 of Plaintiff's Amended Complaint and thus, denies the same.

5.    Defendant admits the allegations contained in paragraph 5 of Plaintiff's Amended Complaint.

6.    Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 6 of Plaintiff's Amended Complaint and thus, denies the same.

7.    Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 7 of Plaintiff's Amended Complaint and thus, denies the same.

8.    Defendant denies the allegations contained in paragraph 8 of Plaintiff's Amended Complaint..

9.    Defendant denies the allegations contained in paragraph 9 of Plaintiff's Amended Complaint.

10.    Defendant denies the allegations contained in paragraph 10 of Plaintiff's Amended Complaint.

11.     Defendant denies the allegations contained in paragraph 11 of Plaintiff's Amended Complaint.

12.     Defendant denies the allegations contained in paragraph 12 of Plaintiff's Amended Complaint.

13.     Defendant denies the allegations contained in paragraph 13 of Plaintiff's Amended Complaint.

14.     Defendant denies the allegations contained in paragraph 14 of Plaintiff's Amended Complaint.

15.     Defendant denies the allegations contained in paragraph 15 of Plaintiff's Amended Complaint.

16.     Defendant denies the allegations contained in paragraph 16 of Plaintiff's Amended Complaint.

17.     Defendant denies the allegations contained in paragraph 17 of Plaintiff's Amended Complaint.

## STATEMENT OF FACTS

18.     The allegations contained in paragraph 18 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 18 of Plaintiff's Amended Complaint.

19.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 19 of Plaintiff's Amended Complaint and thus, denies the same.

20.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 20 of Plaintiff's Amended Complaint and thus, denies the same

21.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 21 of Plaintiff's Amended Complaint and thus, denies the same.

22.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 22 of Plaintiff's Amended Complaint and thus, denies the same.

23.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 23 of Plaintiff's Amended Complaint and thus, denies the same.

24.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 24 of Plaintiff's Amended Complaint and thus, denies the same.

25.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 25 of Plaintiff's Amended Complaint and thus, denies the same.

26.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 26 of Plaintiff's Amended Complaint and thus, denies the same.

27.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 27 of Plaintiff's Amended Complaint and thus, denies the same.

28.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 28 of Plaintiff's Amended Complaint and thus, denies the same.

29.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 29 of Plaintiff's Amended Complaint and thus, denies the same.

30.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 30 of Plaintiff's Amended Complaint and thus, denies the same.

31.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 31 of Plaintiff's Amended Complaint and thus, denies the same.

32.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 32 of Plaintiff's Amended Complaint and thus, denies the same.

33.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 33 of Plaintiff's Amended Complaint and thus, denies the same.

34.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 34 of Plaintiff's Amended Complaint and thus, denies the same.

35.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 35 of Plaintiff's Amended Complaint and thus, denies the same.

36.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 36 of Plaintiff's Amended Complaint and thus, denies the same.

37.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 37 of Plaintiff's Amended Complaint and thus, denies the same.

38.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 38 of Plaintiff's Amended Complaint and thus, denies the same.

39.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 39 of Plaintiff's Amended Complaint and thus, denies the same.

40.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 40 of Plaintiff's Amended Complaint and thus, denies the same.

41.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 41 of Plaintiff's Amended Complaint and thus, denies the same.

42.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 42 of Plaintiff's Amended Complaint and thus, denies the same.

43.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 43 of Plaintiff's Amended Complaint and thus, denies the same.

44.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 44 of Plaintiff's Amended Complaint and thus, denies the same.

45.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 45 of Plaintiff's Amended Complaint and thus, denies the same.

46.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 46 of Plaintiff's Amended Complaint and thus, denies the same.

47.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 47 of Plaintiff's Amended Complaint and thus, denies the same.

48.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 48 of Plaintiff's Amended Complaint and thus, denies the same.

49.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 49 of Plaintiff's Amended Complaint and thus, denies the same.

50.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 50 of Plaintiff's Amended Complaint and thus, denies the same.

51.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 51 of Plaintiff's Amended Complaint and thus, denies the same.

52.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 52 of Plaintiff's Amended Complaint and thus, denies the same.

## FIRST CAUSE OF ACTION

53.     The allegations contained in paragraph 54 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 53 of Plaintiff's Amended Complaint.

54.     Defendant denies the allegations contained in paragraph 54 of Plaintiff's Amended Complaint.

55.      Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 55 of Plaintiff's Amended Complaint and thus, denies the same.

56.      Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 56 of Plaintiff's Amended Complaint and thus, denies the same.

57.      Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 57 of Plaintiff's Amended Complaint and thus, denies the same.

58.      Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 58 of Plaintiff's Amended Complaint and thus, denies the same.

59.      The allegations contained in paragraph 59 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 59 of Plaintiff's Amended Complaint and thus, denies the same.

60.      The allegations contained in paragraph 60 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 60 of Plaintiff's Amended Complaint and thus, denies the same.

61.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 61 of Plaintiff's Amended Complaint and thus, denies the same.

62.     The allegations contained in paragraph 62 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

63.     The allegations contained in paragraph 63 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

64.     Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 64 of Plaintiff's Amended Complaint, and thus denies the same.

65.     Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 65 of Plaintiff's Amended Complaint, and thus denies the same.

66.     Defendant lacks sufficient information to either admit or deny the allegations contained in paragraph 66 of Plaintiff's Amended Complaint, and thus denies the same.

67.     The allegations contained in paragraph 67 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

68.     The allegations contained in paragraph 68 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the

extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

69.    The allegations contained in paragraph 69 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

70.    The allegations contained in paragraph 70 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 70 of Plaintiff's Amended Complaint and thus, denies the same.

71.    The allegations contained in paragraph 71 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 71 of Plaintiff's Amended Complaint and thus, denies the same.

72.    The allegations contained in paragraph 72 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 72 of Plaintiff's Amended Complaint and thus, denies the same.

73.    Defendant denies the allegations contained in paragraph 73 of Plaintiff's Amended Complaint.

74.     Defendant denies it had any such policy and therefore denies the allegation contained in paragraph 74.

75.     Defendant denies it had any such policy and therefore denies the allegation contained in paragraph 75.

## SECOND CAUSE OF ACTION

76.     Defendant incorporates by reference paragraphs 1 through 75 above as if fully set forth herein.

77.     The allegations contained in paragraph 77 do not appear to be directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant denies the allegations.

78.     Defendant denies the allegations contained in paragraph 78.

79.     The allegations contained in paragraph 79 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies it has any involvement with the issues contained in the allegations of paragraph 79 of Plaintiff's Amended Complaint and thus, denies the same.

## THIRD CAUSE OF ACTION

80.     Defendant incorporate by reference paragraphs 1 through 79 above as if set forth fully herein.

81.     Defendant denies it had any involvement with the library and therefore denies the allegation contained in paragraph 81 of Plaintiff's Amended Complaint.

82.     Defendant denies the allegations contained in paragraph 82 of Plaintiff's Amended Complaint.

83.     The allegations contained in paragraph 83 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 83 of Plaintiff's Amended Complaint.

84.     The allegations contained in paragraph 84 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 84 of Plaintiff's Amended Complaint.

85.     The allegations contained in paragraph 85 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 85 of Plaintiff's Amended Complaint.

86.     The allegations contained in paragraph 86 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 86 of Plaintiff's Amended Complaint.

87.     The allegations contained in paragraph 87 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 87 of Plaintiff's Amended Complaint.

88.     The allegations contained in paragraph 88 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the

extent a response is required, Defendant denies the allegations contained in paragraph 88 of Plaintiff's Amended Complaint.

89.    The allegations contained in paragraph 89 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 89 of Plaintiff's Amended Complaint.

90.    Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 90 of Plaintiff's Amended Complaint and thus, denies the same.

91.    The allegations contained in paragraph 91 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 91 of Plaintiff's Amended Complaint.

92.    Defendant is without sufficient information or knowledge to either admit or deny the allegation contained in paragraph 92 of Plaintiff's Amended Complaint and thus denies the same.

93.    The allegations contained in paragraph 93 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 93 of Plaintiff's Amended Complaint.

94.    The allegation contained in paragraph 94 is not directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegation, and thus denies the same.

95.     The allegation contained in paragraph 95 is not directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegation, and thus denies the same.

96.     The allegations contained in paragraph 96 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 96 of Plaintiff's Amended Complaint.

97.     The allegations contained in paragraph 97 are not directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

98.     The allegations contained in paragraph 98 are not directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

99.     The allegations contained in paragraph 99 are not directed toward this Defendant, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient information to either admit or deny the allegations, and thus denies the same.

100.    Defendant denies it is a "library defendant" and denies that it engaged in any such behavior. Defendant thus denies the allegations contained in paragraph 100 of Plaintiff's Amended Complaint

## FORTH CAUSE OF ACTION

101.    Defendant incorporates by reference paragraphs 1 through 100 above as if set forth fully herein.

102.   Defendant denies the allegations contained in paragraph 102 of Plaintiff's Amended Complaint.

103.   The allegations contained in paragraph 103 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the extent a response is required, Defendant denies the allegations contained in paragraph 103 of Plaintiff's Amended Complaint.

104.   Defendant denies the allegations contained in paragraph 104 of Plaintiff's Amended Complaint.

105.   Defendant denies the allegations contained in paragraph 105 of Plaintiff's Amended Complaint.

106.   Defendant denies the allegations contained in paragraph 106 of Plaintiff's Amended Complaint.

107.   Defendant denies the allegations contained in paragraph 107 of Plaintiff's Amended Complaint.

## FIFTH CAUSE OF ACTION

108.   Defendant incorporates by reference paragraphs 1 through 107 above as if set forth fully herein.

109.   Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 109 of Plaintiff's Amended Complaint and thus, denies the same.

110.   The allegations contained in paragraph 110 of Plaintiff's Amended Complaint constitute a legal conclusion to which this Defendant is not required to either admit or deny. To the

extent a response is required, Defendant denies the allegations contained in paragraph 110 of Plaintiff's Amended Complaint.

111.   Defendant denies the allegations contained in paragraph 111 of Plaintiff's Amended Complaint.

112.   Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 112 of Plaintiff's Amended Complaint and thus, denies the same.

113.   Defendant denies the allegations contained in paragraph 113 of Plaintiff's Amended Complaint.

114.   Defendant denies the allegations contained in paragraph 114 of Plaintiff's Amended Complaint.

115.   Defendant denies the allegations contained in paragraph 115 of Plaintiff's Amended Complaint.

116.   Defendant denies the allegations contained in paragraph 116 of Plaintiff's Amended Complaint.

117.   Defendant denies the allegations contained in paragraph 117 of Plaintiff's Amended Complaint.

### AFFIRMATIVE DEFENSES

1.   Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted, thus must be dismissed.

2.   In further answer, and by way of affirmative defense, Defendant denies each and every allegation contained in Plaintiff's Complaint not specifically admitted herein.

3.     Plaintiff denies the nature and extent of Plaintiff's claims for injuries and/or damages.

4.     The library employees are not employees of the City of Lawrence and therefore, the Lawrence City Commission has no authority in the actions of their employees, thus the Lawrence City Commission must be dismissed.

5.     The Lawrence City Commission is not a legal entity that is subject to suit because it is a subordinate governmental agency, accordingly, it must be dismissed.

6.     If, and when, Defendant prevails, it will seek to recover its legal fees from Plaintiff.

7.     Defendant reserves the right to raise additional affirmative defenses as discovery progresses.

WHEREFORE, having fully responded to Plaintiff's Complaint, Defendant expressly denies all allegations contained in Plaintiff's Amended Complaint not expressly admitted herein. Defendant denies Plaintiff is entitled to any relief against Defendant for any type of relief including but not limited to injunctive relief, nominal damages, actual damages, punitive damages, and deny that Plaintiff is entitled to attorney fees and costs pursuant to 42 USC § 1988.

## JURY TRIAL DEMAND

Defendant demands a trial by jury on all triable issues.

Dated: August 19, 2024

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Charles H. Cooper*
JOHN E. FRANKE            #13539
CHARLES H. COOPER      #24688
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
jfranke@fsmlawfirm.com
ccooper@fsmlawfirm.com
**Attorneys for Defendant**
**City of Lawrence**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19nd day of August, 2024, the foregoing was electronically filed using the Kansas Pacer Program, which will send notification of electronic filing to all registered attorneys of record.

Linus L. Baker
6732 W. 185th Terrace
Stilwell, KS 66085-8922
P: 913-486-3913
linusbaker@prodigy.net
**ATTORNEY FOR PLAINTIFF**

*/s/ Charles H. Cooper*
**Attorney for Defendant**
**The City of Lawrence**