IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN SPIEHS

           Plaintiff,

    v.                                   Case No. 5:24-cv-04016-JAR-BGS

KATHLEEN MORGAN, et al.

           Defendants

_____

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants move for summary judgment on all claims against them pursuant to Fed. R. Civ. P. 56. A memorandum in support is being filed contemporaneously with this motion.

 

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
sgreen@fpsslaw.com

**/s/Samuel A. Green**
Samuel A. Green                    #24221
Katherine E. Sittenauer        #29903
**Attorney for Defendants Board of Directors of the Free Public Library of the City of Lawrence, Kathleen Morgan, Marc Veloz, Sara Mathews, Polli Kenn, Tristan Star, Lauren Taylor and Karen Allen**

{T0487098}

## Certificate of Service

    I hereby certify on the 23rd day of May, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Linus L. Baker
6732 West 185th Terrace
Stilwell, KS 66085
P: (913) 486-3913 | F: (913) 232-8734
linusbaker@prodigy.net
**Attorney for Plaintiff**

 

/s/Samuel A. Green
Samuel A. Green

{T0487098}