## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JUSTIN SPIEHS

        Plaintiff,

    v.                        Case No. 5:24-cv-04016-JAR-BGS

KATHLEEN MORGAN, et al.

        Defendants

---

## Motion for Leave to File Exhibits Conventionally

Defendants request leave to file various audio exhibits conventionally in support of their motion for summary judgment that is due May 23, 2025. Defendants intend to submit five video recordings (mov files) identified as Exhibits 02, 05, 06, 07 and 08. It is the intention of defense counsel to submit these items via a flash drive. Defendants request that the Court enter an order allowing them to file audio exhibits conventionally in support of their motion for summary judgment on a flash drive with the Clerk of the Court.

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
sgreen@fpsslaw.com

/s/Samuel A. Green
Samuel A. Green        #24221
**Attorney for Defendants Board of Directors of the Free Public Library of the City of Lawrence, Kathleen Morgan, Marc Veloz, Sara Mathews, Polli Kenn, Tristan Star, Lauren Taylor and Karen Allen**

{T0487090}

**Certificate of Service**

I hereby certify on the 23rd day of  May 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:


Linus L. Baker
6732 West 185th Terrace
Stilwell, KS 66085
P: (913) 486-3913 | F: (913) 232-8734
linusbaker@prodigy.net
**Attorney for Plaintiff**


**/s/Samuel A. Green_____**
Samuel A. Green

{T0487090}