IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br><br>                    Plaintiff<br>v.<br><br>Kathleen Morgan *et al*<br><br>                    Defendants | Case No.  5:24-cv-04016-JAR-BGS<br><br>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

**PLAINTIFF JUSTIN SPIEHS MOTION FOR PARTIAL SUMMARY JUDGMENT**

The plaintiff Dr. Justin Spiehs moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, against the defendants Brad Allen, Kathleen Morgan, Tristan Star, Jon Ratzlaff, and the Public Library of the City of Lawrence, Kansas.

As explained in the Memorandum in Support contemporaneously filed with this motion, and which is incorporated herein by reference, defendants cannot present a genuine issue of disputed fact that would allow any of their defenses to go forward as a matter of law. This Motion is supported by the pleadings and the attached Exhibits.  The supporting memorandum will demonstrate that defendants have retaliated against Dr. Spiehs because of his protected speech, and each has engaged in content and viewpoint discrimination against him which violates the Free Exercise Clause of the First Amendment and the Equal Protection Clause of the Fourteenth Amendment.

1

WHEREFORE, the plaintiff respectfully requests the Court grant partial summary judgment on the plaintiff's claims and for such other and further relief as the Court deems proper.

<pre>
                            /s/Linus L. Baker KS 18197
                            6732 West 185th Terrace
                            Stilwell, Kansas 66085
                            Telephone:   913.486.3913
                            Fax:         913.232.8734
                            Email: linusbaker@prodigy.net
                            Attorney for the plaintiff
</pre>

CERTIFICATE OF SERVICE

On this 23rd day of May 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

/s/Linus L. Baker
Linus L. Baker