**PLAINTIFF'S EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs | |
| Plaintiff | |
| v. | Case No.   5:24-cv-04016-JAR-BGS |
| Kathleen Morgan *et al* | |
| Defendants | |

Plaintiff Justin Spiehs Exhibit List Summary Judgment

| 1. | Dr. Justin Spiehs Sworn Statement |
|---|---|
| 2. | Library Policies |
| 3. | Library Answers to Interrogatories |
| 4. | Videos |

/s/Linus L. Baker
Linus L. Baker, KS 18197
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:  913.486.3913
Fax:             913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiff

Certificate of Service

The above was provided notice to all parties entitled to such notice pursuant to the Court's electronic filing system.

/s/Linus L. Baker
Attorney for the plaintiff