



# Free Speech Activities Policy

*Submitted to the Lawrence Public Library Board of Trustees on 11/18/2024. Next review date: 11/2027*

## Policy

This policy defines a visitor's free speech rights on the Library campus.

## Definitions:

1. "Free speech activities" include, but are not limited to: holding or carrying signs, protesting, using expressive conduct or speech, distributing literature, acting as a public speaker, panhandling, and requesting signatures/donations/contributions.
2. Persons engaging in any free speech activities are referred to in this policy as "speakers."
3. "Sponsors" are a group(s) or individual(s) that reserve space in the library under the Reservable Room Policy and/or Public Event Policy.
4. A "designated partner" is an individual(s) or organization(s) who co-sponsors or is affiliated with a sponsor that reserves space in the library. The sponsor must identify a designated partner on promotion material to exempt their free speech activities from this policy.

## Regulations

1. The Library is a limited public forum dedicated to the peaceful study and enjoyment of visitors free from disturbance and unauthorized free speech activities by others.
2. Therefore, the Library will not permit free speech activities inside the Library that would interfere with study and enjoyment of visitors of the Library.
3. This policy does not apply to sponsors and their designated partners who reserve space in the library for programming under the Reservable Room Policy or Public Event Policy.
4. For information on free speech activities at library-sponsored events, please see the Public Event Policy.
5. For information on free speech activities at non-library sponsored events, please see the Reservable Room Policy.

6. For the safety and protection of speakers, library staff, and library patrons, speakers are permitted to engage in free speech activities outside of the Library in the public right-of-way. At no time is a speaker permitted to block or otherwise prevent ingress and egress from the Library.
7. Posters, pamphlets, or other printed information may not be placed on or attached to the buildings, walls, columns, lights, or other structural/ornamental features of the Library.
8. Aggressive or harassing behavior in violation of the law is strictly prohibited.

**Enforcement**

If a speaker is in violation of the Policy, library staff must: (i) provide an oral warning to the speaker identifying the specific Regulations(s) the speaker has violated and ask the speaker to comply with the Regulation(s); (ii) if the speaker has been warned and does not comply, ask the speaker to leave the Library's premises; and (iii) if the speaker has been warned, the speaker has been asked to leave, and the speaker does not leave, notify police that the speaker is trespassing and advise the speaker that police have been notified.

As soon as possible after the violation occurs and no later than the end of the following business day, library staff must document the violation in writing for inclusion in the Library's incident tracking database.



# Public Event Policy

Approved by the Lawrence Public Library Board of Trustees on 11/21/2022. Submitted for Review on 11/18/2024. Proposed review date: 11/2027.

## Definition

A library event is a program sponsored or co-sponsored by the library that is a planned public or social occasion to further the mission, vision, and values of Lawrence Public Library. Library events can be presented in-person or online and can take place on the library property or at an offsite location. Events may also include passive activities that allow patrons to interact with materials that require minimal staff direction.

## Content

Lawrence Public Library events further its mission, vision, and values by:

- Providing content that enriches the lives of attendees through education, recreation, and entertainment;
- Highlighting a library service or resource;
- Responding to ongoing and emerging interests of community members.

A library event is a limited public forum unless otherwise indicated in event promotional materials. As such, the Library has the authority to regulate speakers on a time, place, and manner basis. The Library designates those producing and speaking at a library event as sponsors and designated partners who are allowed to express themselves during a library event. Attendees, other than the sponsor(s) and designated partner(s), must abide by the Free Speech Activities Policy.

## Sponsorship

Events may be initiated by library staff and/or community members and partners so long as they align with the mission, vision, and values of Lawrence Public Library, and the Library has the capacity to accomplish the event. All events are reviewed and approved by library staff and

shall be carried out in accordance with the Library's event guidelines. All events will allow for reasonable accommodations according to the Lawrence Public Library ADA policy.

Library sponsorship of an event does not constitute an endorsement of the content of the event or the views expressed by the participants. Library-initiated events are offered free of charge and are open to all, without regard to race, color, gender, national origin, religion, creed, disability, sexual orientation, gender identity, or gender expression. Patron age may be a consideration for event attendance at the discretion of library staff.

## Concerns

Any concerns about the development or content of a library-sponsored event should be directed to the staff person in charge of the program.



# Reservable Room Policy

*Supersedes the [Meeting Room Policy](#) approved March 18, 2019.*
*Approved by the Lawrence Public Library Board of Trustees On March 20, 2023. Submitted for review on 11/18/2024. Next review date 11/2027.*

---

The purpose of Lawrence Public Library's auditorium, meeting rooms, and study rooms are to provide space for both library-sponsored events and events developed and sponsored by residents and organizations in our community, as well as to provide space for quiet study and small group meetings. This fulfills the Library's [mission](#) and role as a community center, where the public can learn, connect, create, and grow by attending informational, educational, and cultural events. Lawrence Public Library champions the principle of intellectual freedom by providing a space for the free exchange of ideas as directed by the [American Library Association Library Bill of Rights](#).

The sponsors and their designated partners of events not sponsored by the Library are exempt from the Library's Free Speech Activities Policy, but all other event attendees must abide by the Free Speech Activities Policy. Sponsors and their designated partners have the right to waive the Free Speech Activities Policy for their meetings. Waiving this policy does not bind the Library or change the Library's position on free speech activity outside of that meeting space.

1. The Library will make no effort to censor or amend the content of a meeting.
2. Library-sponsored programming and events are given priority scheduling.
3. Both public and private meetings are allowed.
4. Admission fees may only be charged to recover costs directly associated with the provision of programs, such as educational materials, refreshments, or speakers' fees.
5. The Library bears no responsibility for personal injury sustained while using any of the library rooms.
6. The Library Director and Library Board of Trustees reserve the right to cancel any meeting should conditions warrant. When the Library closes due to an emergency, reasonable efforts will be made to notify organizations scheduled to use a meeting room. During adverse weather conditions, the group should check with the Library or consult local media outlets for closing information.
7. The Library is not responsible for lost or stolen items.

Persons or organizations are eligible to use the Lawrence Public Library's reservable rooms when they comply with Lawrence Public Library's [Reservable Room Guidelines](#) and Behavior Policy.

6



# Community Bulletin Board Policy
*Presented to the Board of Trustees: 1/15/2024, 11/18/2024. Proposed review date: 11/2027.*

## Introduction
In its goal to help meet the informational needs of the Lawrence, Kansas community, Lawrence Public Library ("the Library") provides public bulletin board space for the exchange of information particular to Douglas County, Kansas as a service for the public. Posting of notices does not indicate the Library's endorsement of the ideas, issues, or events promoted by those notices, nor will the Library accept responsibility for the accuracy of the statements made in such materials. The Library reserves the right to remove posts that are in violation of this policy; concerns regarding the submission process or bulletin board content should be directed to the Library Marketing & Communications Coordinator or the Executive Director.

## Acceptable Materials
The Library supports the posting or passive distribution of materials produced by organizations that support civic engagement, cultural enrichment, nonprofit services and resources, intellectual or interpersonal development, and employment and volunteer opportunities. Materials submitted for posting should be no larger than 11"x17"; smaller posters and flyers are accepted and encouraged. All submissions must include the name of and contact information for the sponsoring agency and/or its authorized representative.

## Service Area
To ensure content is relevant and tailored to foster community connection and engagement for the Library's service area, materials are limited to information particular to Lawrence, Kansas, and its surrounding Douglas County region.

## Unacceptable Materials

- Out-of-service area
- Missing persons or pets
- Endorsing or opposing the election of any candidate for public office
- Endorsing or opposing the adoption of federal, state, or local legislation

- Advocating fraud and unlawful actions
- Obscene content
- Threatening or harassing language, personal attacks, or messaging that targets or disparages any ethnic, racial, age, gender, religion, sexual orientation, or disability status

**Appeal Process**

Patrons may appeal and challenge the decline or removal of their content by contacting the Library Executive Director and/or Deputy Director.

8