PLAINTIFF'S
EXHIBIT

**3**
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Justin Spiehs

Plaintiff          Case No.  5:24-cv-4016-JAR-BGS

v.

Kathleen Morgan *et al*

Defendants

**LIBRARY'S ANSWERS TO SECOND INTERROGATORIES FROM PLAINTIFF**

Pursuant to the Court's ruling on the oral motion to reopen discovery, the Library provides the following answers to discovery:

1.      Identify all training material and manuals associated with the Patron Incident Tracking (PITS) database.
ANSWER

2.      Identify all default form fields in the PITS database with an explanation of each form field and all default form fields that have been modified by the Library.
ANSWER

3.      Identify all procedures or requirements in order for an individual is placed in the PIT database, given the category of "perpetrator," and assessed any consequence including the consequence of "suspension."

ANSWER:  **The Library's Patron Incident Tracking System (PITS) Procedure sets forth the procedures for entering incidents into the system.  The Behavior Procedure and Behavior Matrix determine the consequence.  See Answer to No. 4.**

4.      Identify the specific language all Library written policies, that deems or makes it a violation of Library policy to "disregard the reasonable direction of staff."

ANSWER   **See the Behavior Enforcement Matrix, DEF000007-9 where procedure and consequences are set forth, including for "Disregarding the reasonable direction of staff." The Matrix clearly states first violation is a request to stop specific behavior, and if the behavior is not corrected, the person is asked to leave for the day.  If the behavior continues, additional consequences can be imposed.  The Behavior Matrix implements the Library's Behavior Policy, DEF000010-12, LIBRARY000019-20, which states "Library users are expected to respect staff requests to stop unacceptable behavior.  Those who violate this policy may simply be asked to correct the behavior, but may also be asked to leave the Library for the day, . . . .  The Library has a Library Behavior Procedure and FAQ for internal procedures.  LIBRARY000062-66.  The Procedures outline Suspension of Library Privileges, which require the person to leave the premises during the suspension.**

1

{T0486076}

5.      Identify the number of individuals identified in the PITS database that were characterized or classified with the infraction "Disregarding the reasonable direction of staff."

**Infractions**

- Green (Inside)
  - Disregarding the reasonable direction of staff

ANSWER:  **It is impossible to answer this question.  Many of the incidents do not identify the person(s) involved.  Some individuals have multiple entries.  To the extent this interrogatory is seeking the total number of PITS incidents for disregarding the reasonable direction of staff, the answer is 57.  An Excel spreadsheet generated by the PITS program is being produced identifying all of the entries, with all information entered into the PITS system, with the exception of any images.**

6.      Identify the number of individuals identified in the PITS database that were "suspended" as that word is used in PITS (See use of "suspended" or "suspension" below):

*Currently Suspended:* NO                         **NONE**
                                                          *Alternate Library Cards*

        *Followup Type:*  Suspension
     *Suspension Start:*  11/25/2024
      *Suspension End:*  11/26/2024
   *Suspension Period:*  1 day
       *Followup Note:*
        *Date Imposed:*  11/26/2024 06:55 am

ANSWER:

7.      Identify the specific language in the Library written policies that was relied upon by each reporter in reporting the infraction in Incident ID 0000000217 in the PITS database.

ANSWER:  **See Answer to No. 4.  See also Free Speech Activities Policy previously produced.**

8.      Identify the meaning of "Suspension" or "suspended" as used in the PITS database including what services or privileges the suspension applies to and the library's written policy authorizing Jon Ratzlaff or Tristan Star to impose a "suspension."

ANSWER:   **See Answer to No. 4.   The Library's Behavior Procedure and FAQ, LIBRARY000062-66, outlines a Suspension of Library Privileges, which require the person to leave the premises during the suspension.**

9.      Identify all notifications or communications to or with Dr. Justin Spiehs of the Library's "suspension" as used in the PITS database.
ANSWER:

2

{T0486076}

10.     Identify all video of the incidents identified in the PITS database produced to the plaintiff, and if any video or snapshots of the video have been deleted, identify the date in which each of those records were destroyed.

ANSWER:  **Video of the 11/25/24 incident was routinely overwritten by the Library's security system on or about 12/9/24.  Video of the 11/26/24 incident was routinely overwritten by the Library's security system on or about 12/10/24.  Video of the 12/1/24 incident was routinely overwritten by the Library's security system on or about 12/15/24.**

Request for Production

1.  Produce all records that were requested to be identified in the second interrogatories.

2. Produce all records that were identified by you in response to the second interrogatories.

**See PITS Summary report, LIBRARY 001943, being produced.**

{T0486076}

## VERIFICATION

STATE OF KANSAS       )
                                )
COUNTY OF DOUGLAS   )

       Brad Allen, of lawful age, states that he is a duly authorized representative of the Defendant in the above-entitled case; that he has reviewed answers to the foregoing interrogatories and the answers given herein are true and correct to the best of his knowledge.

_Brad allen_
Signature

_Brad Allen_
Printed Name

_Library Director_
Title

       SUBSCRIBED AND SWORN TO before me this _17th_ day of March, 2025.

_James Vail_
NOTARY PUBLIC

My appointment expires: _11-09-2028_.

```
JAMES VAIL
Notary Public, State of Kansas
My Appointment Expires
11-09-2028
```

4

{T0486076}