IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Justin Spiehs

                Plaintiff

v.                                  Case No.   5:24-cv-04016-JAR-BGS

Kathleen Morgan *et al*

                Defendants

Exhibit 4

Video of May 17, 2023 and three videos of June 11, 2023



Video Jun 11 2023, 3 10 59 PM



Video Jun 11 2023, 3 15 46 PM



Video Jun 11 2023, 3 20 52 PM



Video Jun 11 2023, 3 27 42 PM



Video May 17 2023, 5 53 42 PM