IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br><br>         Plaintiff<br><br>v.<br><br>Kathleen Morgan *et al*<br><br>         Defendants | Case No.  5:24-cv-04016-JAR-BGS |

**PLAINTIFF'S MOTION TO FILE VIDEO EXHIBITS CONVENTIONALLY**

The plaintiff Dr. Justin Spiehs moves the Court for an Order granting him leave to file conventionally Exhibit 4 to the plaintiff's Memorandum in Support of Motion for Summary Judgment.  This exhibit consists of four videos regarding May and June 2023 events described in the Pretrial Order, Dr. Spiehs' sworn statement, and in the Memorandum.  Plaintiff will provide this video exhibit to the Court and the defense counsel on a USB drive.

Therefore, the plaintiff requests that his motion be granted and that he be allowed to file Exhibit 4 comprised of four videos referred to in the Pretrial Order conventionally.

/s/Linus L. Baker KS 18197
6732 West 185th Terrace
Stilwell, Kansas 66085
Telephone:    913.486.3913
Fax:              913.232.8734
Email: linusbaker@prodigy.net
Attorney for the plaintiff

CERTIFICATE OF SERVICE

On this 23rd day of May 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

/s/Linus L. Baker
Linus L. Baker