IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br><br>       Plaintiff<br><br>v.<br><br>Kathleen Morgan *et al*<br><br>       Defendants | Case No.  5:24-cv-04016-JAR-BGS |

**NOTICE OF SERVICE OF CONVENTIONALLY FILED EXHIBITS**

The plaintiff Dr. Justin Spiehs states that on June 6, 2025, he has mailed to the Clerk of the Court USB drive containing the video exhibits referenced in the plaintiff's Motion for Summary Judgment and in the plaintiff Opposition to Defendants' Motion for Summary Judgment pursuant to the Court's Order granting leave to file.

      /s/Linus L. Baker KS 18197
      6732 West 185th Terrace
      Stilwell, Kansas 66085
      Telephone:   913.486.3913
      Fax:              913.232.8734
      Email: linusbaker@prodigy.net
      Attorney for the plaintiff

CERTIFICATE OF SERVICE

On this 6th day of June 2025, this document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

/s/Linus L. Baker
Linus L. Baker