# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**JUSTIN SPIEHS,**

        **Plaintiff,**

**v.**                                  Case No: 24-4016-JAR

**KATHLEEN MORGAN, et al.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendants' Motion for Summary Judgment (Doc. 108) is **granted** and Plaintiff's Motion for Partial Summary Judgment (Doc. 111) is **denied**.

**IT IS SO ORDERED.**

Dated: September 3, 2025

SKYLER B. O'HARA  
CLERK OF THE DISTRICT COURT

by: _s/ Sarah Spegal_  
       Deputy Clerk