# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Justin Spiehs**       Plaintiff, <br> v. <br> **Kathleen Morgan** *et al*       Defendants | 24-4016-JAR |

### Plaintiff's Notice of Appeal

The plaintiff, Dr. Justin Spiehs, as named plaintiff appeal to the Tenth Circuit Court of Appeals from the final judgment entered on September 3, 2025, (ECF 126/127) in this matter, of which the appeal of that judgment is intended to bring up for review all of the previous rulings and orders that led up to and served as a predicate for that final judgment, and further appeal any and all other prior judgments, orders, and rulings entered in this action. This notice is intended to include, as broadly as possible, all of the prior rulings referenced in ECF 126/127, as well as all other judgments, orders, and rulings, and to also include (but not to the exclusion of others) all of the interlocutory and preliminary rulings, orders, and judgments in the above captioned case.

                                           By /s/ Linus L. Baker
                                           Linus L. Baker KS 18197
                                           6732 West 185th Terrace
                                           Stilwell, KS  66085-8922
                                           Telephone:  913.486.3913
                                           Fax:            913.232.8734
                                           E-Mail: linusbaker@prodigy.net
                                           Attorney for the Plaintiff

### CERTIFICATE OF SERVICE

On this 2nd day of October, 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.
/s/Linus L. Baker
Linus L. Baker

1