UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 30, 2026

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

**RE: 25-3174, Spiehs v. Morgan, et al**
Dist/Ag docket: 5:24-CV-04016-JAR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's September 8, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Linus L. Baker
David R. Cooper
Samuel A. Green
Katherine Sittenauer

CMW/eb